## Bobby S. MORGAN *v.* STATE of Arkansas

CR 03-587                                113 S.W.3d 81

Supreme Court of Arkansas
Opinion delivered September 4, 2003

*Erwin L. Davis*, for appellant.

No response.

PER CURIAM. Appellant Bobby S. Morgan, by and through his attorney, Erwin L. Davis, has filed a motion for rule on the clerk. Attorney Davis states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.